FILED
2017 Sep-14  AM 08:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| MATTHEW PAUL SNYDER., | ) |
| Plaintiff, | ) Case No. 5:17-cv-00727-HNJ |
| vs. | ) |
| SECURE COLLATERAL MANAGEMENT and NAVY FEDERAL CREDIT UNION | ) |
| Defendants | ) |

## DISMISSAL ORDER

Pursuant to the parties' Joint Stipulation for Dismissal (Doc. 18), the court **DISMISSES** this action **WITH PREJUDICE**, costs taxed as paid.

**DONE** this 14th day of September, 2017.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE